ELIZABETH M. KESSEL, ESQ. (SBN 128206)                    JS-6
emkessel@kesselaw.com
ARMINEH MEGRABYAN, ESQ. (SBN 223180)
amegrabyan@kesselaw.com
WARREN M. WILLIAMS, ESQ. (SBN228742)
wmwilliams@kesselaw.com
KESSEL & MEGRABYAN
2550 N. Hollywood Way, Suite 410
Burbank, California 91505
Telephone: (213) 383-2800; Fax: (213) 382-9529
E-mail:  kesselaw@kesselaw.com

Attorneys for Defendant,
ALHAMBRA UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA D. MONSIVAIS, an individual, | )Civil Action No.:   2:23-cv-09442 –PD |
| | )Courtroom:  6C |
| | )Magistrate Judge: Hon. Patricia Donahue |
| Plaintiff, | ) |
| | ) |
| vs. | )**ORDER OF DISMISSAL OF ENTIRE** |
| | )**ACTION** |
| ALHAMBRA UNIFIED SCHOOL DISTRICT; and DOES 1 through 10, inclusive. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

The  Court  having  considered  the  Parties'  Stipulation  for  an  Order  of Dismissal orders as follows:

1.    The Case is dismissed with prejudice.

**ORDER OF DISMISSAL**

1

**IT IS SO ORDERED.**

2

3

Dated: August 5, 2025

_____

4

HON.   PATRICIA DONAHUE

5

UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KESSEL & MEGRABYAN**
2550 N. Hollywood Way, Suite 410
Burbank, California 91505
Tel. No.: (213) 383-2800 / Fax No. (213) 382-9529

**ORDER OF DISMISSAL**